# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00767-CV

### In re Vanessa Cherry

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Vanessa Cherry has filed a motion for temporary emergency relief and petition for writ of mandamus.  *See* Tex. R. App. P. 52.1, 52.10. We deny the petition for writ of mandamus and dismiss as moot the motion for temporary relief.  *See* Tex. R. App. P. 52.8, 52.10.

Bob Pemberton, Justice

Before Justices B. A. Smith, Puryear and Pemberton

Filed:   December 12, 2006